# EXHIBIT B

# Heeringa, Paul

| | |
|---|---|
| **From:** | Brandon Callier <callier74@gmail.com> |
| **Sent:** | Tuesday, May 17, 2022 10:15 PM |
| **To:** | Heeringa, Paul |
| **Subject:** | 2nd Amended Complaint |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Mr. Heeringa,

Sorry for the late email.  I was typing up my response to your motion to dismiss and realized that I had mistakenly put  47 C.F.R. 64.1200(d) as a cause of action instead of 47 C.F.R. 64.1200(c).  A completely self-inflicted mistake on my part.  I am writing this late because the answer is due tomorrow.

I was essentially done with the response when I realized the mistake.  I need to know if you are opposed to my amending the Complaint a second time to fix this issue and to remove the erroneous "s" from the end of "telemarketer" that makes some of them plural when they are intended to be singular.

These would be the only material changes to the amendment.  If you are opposed I would file the amendment as opposed.

Thank you,

Brandon Callier
915-383-4604

1