UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| Plaintiff, | § | |
| v. | § | EP-22-CV-00018-FM |
| AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS a Florida Corporation and SOPHIA AHMED, | § | |
| Defendants. | § | |

## ORDER TO DISMISS SOPHIA AHMED

Before the court are "Plaintiff's Original Complaint" [ECF No. 1], filed January 6, 2022, and "Proof of Service" [ECF No. 6], filed January 19, 2022.

Defendant Sophia Ahmed was personally served a summons on January 18, 2022.[1] She has not, however, appeared yet in this case. Accordingly, pursuant to Federal Rules of Civil Procedure Rule 41(b), it is **HEREBY ORDERED** that Defendant Ahmed be **DISMISSED WITHOUT PREJUDICE** due to Plaintiff Brandon Callier's failure to prosecute.[2]

**SIGNED AND ENTERED** this 13 day of **September 2022**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Proof of Service" 1, ECF No. 6, filed Jan. 19, 2022.

[2] *See* FED. R. CIV. P. 41(b); *Griggs v. S.G.E. Mgmt., L.L.C.*, 905 F.3d 835, 844 (5th Cir. 2018) ("Rule 41(b) authorized the district court to dismiss an action *sua sponte* for failure to prosecute").

1