UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-22-CV-00018-FM |
| AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, *a Florida Corporation*, | § § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Joint Stipulation of Dismissal" [ECF No. 43], filed February 28, 2023, by Plaintiff Brandon Callier. A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared," the effect of which is dismissal without prejudice unless the notice states otherwise.[1] Defendant American-Amicable Life Insurance Company of Texas has joined Plaintiff's Motion, which seeks dismissal with prejudice.[2] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this 28 day of **February 2023**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] Fed. R. Civ. P. 41(a)(1).

[2] *See* "Joint Stipulation of Dismissal" 1, ECF No. 43, filed Feb. 28, 2023.

1